**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Magaly CARDONA, Defendant–**
**Appellant.**

No. 12–12842
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 15, 2013.

Peggy Morris Ronca, I. Randall Gold, Lakesia R. Mosley, U.S. Attorney's Office,

Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Thomas H. Dale, Dale Law Firm, PA, Orlando, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Magaly Cardona in this direct criminal appeal, has filed a motion to withdraw from representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals no issue of arguable merit for us to consider on appeal. Therefore, counsel's motion to withdraw is **GRANTED**, and Cardonas's convictions and sentence are **AFFIRMED**.